AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania ▼

| | | |
|---|---|---|
| Laboratory Charter School | ) | |
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) | Civil Action No. 2:25-cv-02524 |
| AM, by and through his Parent KB, and KB individually | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AM, by and through his Parent KB, and KB individually
c/o Scott H. Wolpert, Esq.
Timoney Knox LLP
400 Maryland Drive
P.O. Box 7544
Fort Washington, PA 19034
swolpert@timoneyknox.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alan Epstein, Esq.
Spector Gadon Rosen Vinci P.C.
1635 Market St., 7th Floor
Philadelphia, PA 19103
aepstein@sgrvlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  05/19/2025

*Signature of Clerk or Deputy Clerk*