IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LABORATORY CHARTER SCHOOL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-2524 |
| | : | |
| **AM, by and through his parent K.B. and his parent K.B. individually** | : | |

# ORDER

**AND NOW**, this 23rd day of January 2026, upon extensive consideration of the Plaintiff's Motion for judgment (ECF 23), Defendants' Opposition (ECF 25), the administrative record (ECF 27), and for reasons in today's accompanying Memorandum, it is **ORDERED** we:

1. **DENY** Plaintiff's Motion for judgment (ECF 23) as we overrule the challenges to the hearing officer's detailed findings; and,

2. **GRANT** Defendant leave to move for judgment on the counterclaim (ECF 7) consistent with our July 30, 2025 Order (ECF 13) by no later than **February 9, 2026** with leave granted to the Plaintiff to respond by no later than **February 24, 2026.**

                                                                                 **KEARNEY, J.**