**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LABORATORY CHARTER SCHOOL  : CIVIL ACTION
                           :
            v.             : NO. 25-2524
                           :
AM, by and through his Parent, KB, and  :
his Parent individually

## ORDER

AND NOW, this 3rd day of March 2026, upon studying Defendants' Motion for judgment on their counterclaim seeking enforcement of the administrative hearing officer's order and reasonable attorneys' fees and costs as prevailing parties (ECF 30), Plaintiff's Opposition (ECF 31), Defendants' Reply (ECF 32), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendants' Motion for judgment (ECF 30) requiring we:

1.    **ENTER JUDGMENT** in favor of the Defendants requiring Plaintiff:

    a.    provide the free appropriate public education detailed in our January 23, 2026 Memorandum (ECF 28) affirming the Hearing Officer's specific obligations upon the Plaintiff;

    b.    reimburse Defendants reasonable attorneys' fees of $176,972.50 and costs of $205.89; and,

2.    **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.